

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MARILYN RICHTER<br>Phone: (212) 356-2083 |

July 20, 2015

BY ECF
The Honorable Debra C. Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y.  10007

      Re:  *Brodsky v. Carter*, 15 CV 3469 (GBD)(DCF)

Dear Judge Freeman:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for Defendant in the above-subject proceeding. I am writing to request an adjournment of thirty days for Defendant to respond to the complaint.

      With the requested thirty-day adjournment, the response deadline would be August 20, 2015. (The response is now due on July 21, 2015.) This is the first request for an extension in this case. I have spoken to Meryl Brodsky, the Plaintiff Pro Se in this action. She has courteously consented to this requested adjournment.

      Thank you very much for this consideration.

Sincerely yours,

Marilyn Richter
Assistant Corporation Counsel

cc:     Meryl Brodsy (via email)