UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
MERYL BRODSKY AND ELECT MERYL BRODSKY
TO THE NEW YORK CITY COUNCIL 2005,

                                                   Plaintiffs,

                    -against-

ZACHARY W. CARTER, CORPORATION COUNSEL
FOR THE CITY OF NEW YORK, ON BEHALF OF THE
NEW YORK CITY CAMPAIGN FINANCE BOARD,

                                                  Defendant.
------------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS**

15 Civ. 3469 (GBD)(DCF)

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law in support of its motion, Defendant "Zachary W. Carter, Corporation Counsel for the City of New York, on behalf of the New York City Campaign Finance Board" ("Defendant"), by its attorney, Zachary W. Carter, Corporation Counsel of the City of New York, will move this Court before the Honorable Debra C. Freeman at the United States District Courthouse for the Southern District of New York, Daniel Patrick Moynihan, United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting Defendant's motion and dismissing all claims against Defendant in their entirety, and granting Defendant such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, are to be served on the undersigned on or before September 21, 2015, and reply papers are to be served within two weeks of receipt of opposition papers.

Dated:       New York, New York
               August 20, 2015

- 2 -

                        ZACHARY W. CARTER
                        Corporation Counsel of the City of New York
                        Attorney for Defendant
                        100 Church Street, Room 2-192
                        New York, New York 10007
                        Tel: (212) 356-0893
                        Fax: (212) 788-0940
                        ckruk@law.nyc.gov

By:        s/_____
        Carolyn E. Kruk (CK8297)
        Assistant Corporation Counsel

To:    *via first class mail*

     Meryl Brodsky
     Plaintiff pro se
     150 East 61st Street, #11K
     New York, New York 10065
     (212) 866-2105
     Meryl17@verizon.net