UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MERYL BRODSKY AND ELECT MERYL BRODSKY
TO THE NEW YORK CITY COUNCIL 2005,

                                          Plaintiffs,      **DECLARATION OF**
                                                                 **CAROLYN E. KRUK**
                     -against-                    15 Civ. 3469 (GBD)(DCF)

ZACHARY W. CARTER, CORPORATION COUNSEL
FOR THE CITY OF NEW YORK, ON BEHALF OF THE
NEW YORK CITY CAMPAIGN FINANCE BOARD,

                                          Defendants.

------------------------------------------------------------------------ x

        **CAROLYN E. KRUK** declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

        1.      I am an attorney for the New York City Law Department. I submit this Declaration in support of Defendant's Motion to Dismiss in the above captioned matter.

        2.      Attached as **Exhibit A** is a copy of the New York Supreme Court's decision dated June 21, 2007, and filed on June 27, 2007 in the action Meryl Brodsky v. New York City Campaign Board, No. 118316/06 (N.Y. Sup. Ct., June 27, 2007).

        3.      Attached as **Exhibit B** is a copy the Appellate Division, First Department's decision dated December 30, 2008 in Matter of Brodsky v. New York City Campaign Finance Board, 869 N.Y.S.2d 508 (1st Dep't, 2008).

        4.      Attached as **Exhibit C** is a copy of the New York Supreme Court's decision dated December 14, 2009, and filed on December 16, 2009 in the action Meryl Brodsky v. New York City Campaign Board, No. 118316/06 (N.Y. Sup. Ct., December 16, 2009).

5. Attached as **Exhibit D** is a copy of the New York Supreme Court's decision dated March 8, 2010, and filed on March 9, 2010 in the action Meryl Brodsky v. New York City Campaign Board, No. 118316/06 (N.Y. Sup. Ct., March 9, 2010).

6. Attached as **Exhibit E** is a copy of the New York Supreme Court's decision dated July 9, 2010 (Motion Sq. No. 4) in the action Meryl Brodsky v. New York City Campaign Board, No. 118316/06 (N.Y. Sup. Ct., July 9, 2010).

7. Attached as **Exhibit F** is a copy of the New York Supreme Court's decision dated July 9, 2010, and filed on July 16, 2015 (Motion Sq. No. 5) in the action Meryl Brodsky v. New York City Campaign Board, No. 118316/06 (N.Y. Sup. Ct., July 9, 2010).

8. Attached as **Exhibit G** is a copy of the Appellate Division, First Department's decision dated January 18, 2011 in Matter of Brodsky v. New York City Campaign Finance Board, 914 N.Y.S.2d 629 (1st Dep't, 2011).

9. Attached as **Exhibit H** is a copy of the Appellate Division, First Department's decision dated June 20, 2013 in Matter of Brodsky v. New York City Campaign Finance Board, 971 N.Y.S.2d 265 (1st Dep't, 2013).

10. Attached as **Exhibit I** is a copy of the Appellate Division, First Department's decision dated December 30, 2014 in Matter of Brodsky v. New York City Campaign Finance Board, 999 N.Y.S.2d 417 (1st Dep't, 2014).

Dated: New York, New York
August 20, 2015

_____
CAROLYN E. KRUK

To: Meryl Brodsky, Plaintiff pro se
150 East 61st Street, #11K
New York, New York 10065
(212) 866-2105, Meryl17@verizon.net