USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MERYL BRODSKY,

                         Plaintiff,

-against-

ZACHARY W. CARTER,

                         Defendant.

15cv03469 (GBD) (DF)

**ORDER**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held an initial pretrial conference on September 14, 2015, with Plaintiff, proceeding *pro se*, and counsel for Defendant; and the Court having subsequently reviewed both Plaintiff's Complaint and the parties' submissions on Defendant's pending motion to dismiss; it is hereby ORDERED that:

1. All discovery in this action shall be stayed pending the resolution of Defendant's motion to dismiss the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure (Dkt. 11), except that Defendant is directed to make reasonable efforts to determine whether any witnesses with knowledge of the events alleged in Plaintiff's Complaint are likely to become unavailable during the pendency of the motion, and to identify any such witnesses to the Court no later than 60 days from the date of this Order.

2.  If Plaintiff needs assistance in understanding any of the procedural rules of this Court, or any aspect of this Order, Plaintiff is encouraged to contact the Court's *Pro Se* Office. The telephone number for the *Pro Se* Office is (212) 805-0175.

Dated: New York, New York
       September 17, 2015

SO ORDERED

*[signature]*

DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All parties (via ECF)