# 2005 Citywide Elections

This page was last updated on 10/14/2009 3:36 pm.

Final audits can be downloaded in Adobe Acrobat (.pdf) format. For more information, see downloading instructions for the Acrobat Reader.

The following candidates' final audits for the 2005 Citywide Elections have been completed.*

| Candidate | Office Sought | Date Completed |
|---|---|---|
| Addabbo, Joseph P | City Council District 32 | 07/17/2006 |
| Alamo-Estrada, Agustin | City Council District 14 | 01/04/2007 |
| Alatsas, Theodore | Brooklyn Boro President | 09/26/2006 |
| Allen, William A | City Council District 09 | 03/09/2007 |
| Ampry-Samuel, Alicka T | City Council District 41 | 07/25/2007 |
| Antoine, Royston | City Council District 41 | 08/22/2006 |
| Arroyo, Maria C | City Council District 17 | 09/21/2006 |
| Avella, Tony | City Council District 19 | 07/17/2006 |
| Baez, Maria | City Council District 14 | 11/22/2006 |
| Baldeo, Albert J | City Council District 28 | 03/30/2009 |
| Barron, Charles | City Council District 42 | 10/22/2007 |
| Bernace, Victor A | City Council District 07 | 08/08/2006 |
| Betancourt Jr, Ismael | City Council District 13 | 04/11/2006 |
| Beys, Michael P | City Council District 02 | 08/23/2006 |
| Bilal, Charles A | City Council District 28 | 12/04/2007 |
| Billups, Charles B | City Council District 35 | 08/14/2006 |
| Blackwell, Eric S | City Council District 35 | 03/31/2008 |
| Bloch, Darren S | City Council District 02 | 08/17/2006 |
| Bloodsaw, Daryl G | City Council District 09 | 09/21/2006 |
| Bloomberg, Michael R | Mayor | 04/19/2007 |
| Blum, Seth A | Mayor | 08/25/2006 |
| Boudouvas, Peter T | City Council District 19 | 08/24/2006 |
| Boyland, Sr., William F | City Council District 41 | 07/25/2007 |
| Bradian, Steve M | City Council District 11 | 09/26/2006 |
| Brawley, Kevin | Bronx Boro President | 08/25/2006 |
| Brewer, Gale A | City Council District 06 | 08/18/2006 |
| Brightharp, Joan J | City Council District 02 | 09/18/2006 |
| Britton, A. Brinmore | City Council District 41 | 09/26/2006 |

Cited in Brodsky v Carter 15CV3469 Decided 12/15/15 Archived on 12/18/15 This document is protected by copyright. Further reproduction is prohibited without permission.

| | | |
|---|---|---|
| Brodsky, Meryl | City Council District 04 | 08/17/2006 |
| Brown Jr, Will | City Council District 09 | 03/09/2007 |
| Brown, Michael E | Public Advocate | 03/09/2007 |
| Cabbagestalk, Jr., Damon L | Public Advocate | 08/25/2006 |
| Campbell, Lisa Marie | City Council District 16 | 09/26/2006 |
| Carlino, John | City Council District 02 | 08/08/2006 |
| Carrion, Jr., Adolfo | Bronx Boro President | 07/27/2007 |
| Carroll, Rodney L | City Council District 09 | 05/22/2006 |
| Ceder, David | City Council District 50 | 09/21/2006 |
| Cesnik, Eric A | City Council District 05 | 05/16/2006 |
| Clarke, Yvette D | City Council District 40 | 09/14/2007 |
| Comrie, Leroy G | City Council District 27 | 06/25/2007 |
| Cornelius, Yasmin H | City Council District 09 | 03/16/2007 |
| Cox, Allen | City Council District 07 | 08/25/2006 |
| de Blasio, Bill | City Council District 39 | 12/19/2007 |
| Denis, Nelson A | City Council District 08 | 07/13/2006 |
| Dickens, Inez E | City Council District 09 | 12/05/2007 |
| Dilan, Erik M | City Council District 37 | 08/24/2006 |
| Dobrian, Joseph L | Manhattan Boro President | 09/26/2006 |
| Doty, Cynthia L | City Council District 09 | 07/14/2006 |
| Duggan, Essie M | City Council District 41 | 08/18/2006 |
| Ellner, Brian V | Manhattan Boro President | 08/15/2007 |
| Espaillat, Adriano | Manhattan Boro President | 02/25/2008 |
| Farmer, Bryan | City Council District 34 | 09/26/2006 |
| Fein, Daniel B | Comptroller | 01/18/2007 |
| Felder, Simcha | City Council District 44 | 08/17/2007 |
| Feliciano, Fabian A | City Council District 18 | 01/18/2007 |
| Ferrer, Fernando | Mayor | 08/05/2009 |
| Fidler, Lewis A | City Council District 46 | 05/28/2008 |
| Fields, C. Virginia | Mayor | 07/27/2007 |
| Fields, Jessie | Manhattan Boro President | 03/10/2008 |
| Flanagan, Claudia | City Council District 02 | 08/25/2006 |
| Flores, Rodolfo | City Council District 25 | 03/09/2007 |
| Foglia, Philip F | City Council District 13 | 12/19/2006 |

Cited in Brodsky v Carter 15CV3469 Decided 12/15/15
Archived on 12/18/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

| Name | Office | Date |
|---|---|---|
| Foster, Helen Diane | City Council District 16 | 08/18/2006 |
| Galarza, David | City Council District 38 | 07/17/2006 |
| Gallagher, Dennis P | City Council District 30 | 06/30/2008 |
| Gallo, Russell C | City Council District 47 | 12/20/2006 |
| Garodnick, Daniel R | City Council District 04 | 12/04/2007 |
| Gennaro, James F | City Council District 24 | 07/26/2007 |
| Gentile, Vincent J | City Council District 43 | 08/15/2007 |
| Gerson, Alan J | City Council District 01 | 04/18/2007 |
| Gioia, Eric | City Council District 26 | 07/26/2007 |
| Goetz, Bernard H | Public Advocate | 08/23/2006 |
| Golub, Jay | Public Advocate | 05/11/2007 |
| Gonzalez, Miguel M | City Council District 37 | 09/26/2006 |
| Gonzalez, Sara M | City Council District 38 | 03/13/2007 |
| Gotbaum, Betsy F | Public Advocate | 10/24/2006 |
| Grandoit, Tamara | City Council District 46 | 12/21/2006 |
| Gronowicz, Anthony | Mayor | 08/23/2006 |
| Grupico, Salvatore A | City Council District 45 | 01/18/2007 |
| Gutnik, Oleg | City Council District 48 | 03/09/2007 |
| Hall, Jody | City Council District 49 | 09/20/2006 |
| Hanks, Nancy | City Council District 26 | 09/26/2006 |
| Hawkins, Arrin T | Manhattan Boro President | 01/18/2007 |
| Henderson, Woody | City Council District 09 | 12/20/2006 |
| Herbert, Anthony L | City Council District 35 | 09/05/2006 |
| Hoffnung, Ari M | City Council District 11 | 09/13/2007 |
| Holly, I. Ronnie | City Council District 09 | 01/04/2007 |
| Hooks, Erik L | City Council District 35 | 08/25/2006 |
| Hooks, Jr., David R | City Council District 31 | 08/23/2006 |
| Hunter, Jereline | City Council District 28 | 09/26/2006 |
| Jackson, Robert | City Council District 07 | 02/26/2008 |
| James, Letitia | City Council District 35 | 05/28/2008 |
| Jennings, Allan W | City Council District 28 | 03/30/2007 |
| Jimenez, Luis | City Council District 21 | 03/09/2007 |
| Johnson, Joyce S | City Council District 08 | 07/26/2007 |
| Junior, Pamela M | City Council District 41 | 12/19/2007 |
| Kann, Jerry | City Council District 22 | 08/25/2006 |

Cited in Brodsky v Carter 15 CV 3469 Decided 12/15/15
Archived on 12/18/15
This document is protected by copyright. Further reproduction is prohibited without permission.

| Name | Office | Date |
|---|---|---|
| Karako, Jak J | City Council District 04 | 12/20/2006 |
| Katz, Melinda R | City Council District 29 | 03/30/2007 |
| Kaufman, Stephen B | City Council District 13 | 04/22/2008 |
| Kavanagh, Brian P | City Council District 02 | 10/17/2007 |
| Kinard, Stanley | City Council District 41 | 08/23/2006 |
| King, Danny | City Council District 41 | 09/10/2008 |
| King, Erlene J | City Council District 45 | 01/14/2009 |
| Koppel, Martin G | Mayor | 08/08/2006 |
| Koppell, G. Oliver | City Council District 11 | 03/13/2007 |
| Lacomba-Walker, Raquel | City Council District 20 | 08/25/2006 |
| Lanza, Andrew J | City Council District 51 | 12/19/2006 |
| Lappin, Jessica S | City Council District 05 | 04/02/2007 |
| Lesczynski, James L | Public Advocate | 08/25/2006 |
| Lester, Jack L | City Council District 04 | 09/14/2007 |
| Liu, John C | City Council District 20 | 04/19/2007 |
| Lobo, Renee | City Council District 24 | 03/16/2007 |
| Lopez, Margarita | Manhattan Boro President | 08/17/2007 |
| Luciano, Felipe | City Council District 08 | 11/30/2007 |
| Luisi, John | Staten Island Boro President | 06/28/2007 |
| Madden, Mary E | City Council District 46 | 08/25/2006 |
| Mahadeo, Robby | City Council District 28 | 11/05/2007 |
| Manzano, Carlos | Manhattan Boro President | 06/19/2007 |
| Marcial, Edwin | City Council District 08 | 08/01/2008 |
| Markowitz, Marty | Brooklyn Boro President | 05/15/2007 |
| Mark-Viverito, Melissa | City Council District 08 | 01/31/2008 |
| Marshall, Helen M | Queens Boro President | 09/20/2006 |
| Martinez, Miguel | City Council District 10 | 06/25/2007 |
| Martinez, Mildred R | City Council District 02 | 08/25/2006 |
| Mattera, Gloria | Brooklyn Boro President | 10/31/2007 |
| McMahon, Michael E | City Council District 49 | 05/15/2007 |
| McManus, Joseph A | City Council District 13 | 07/19/2006 |
| McMillan, Jimmy | Mayor | 09/26/2006 |
| McNally, Zenobia E | City Council District 40 | 08/17/2006 |
| Mealy, Darlene | City Council District 41 | 03/13/2008 |

Cited in Brodsky v Carter 15CV3469 Decided 12/15/15 Archived on 12/18/15 This document is protected by copyright. Further reproduction is prohibited without permission.

| Name | Office | Date |
|---|---|---|
| Mendez, Rosie | City Council District 02 | 08/15/2007 |
| Michels, Stanley E | Manhattan Boro President | 11/02/2007 |
| Miller, A. Gifford | Mayor | 10/24/2008 |
| Miller, David R | City Council District 41 | 08/25/2006 |
| Mohamed, Ali | City Council District 17 | 08/25/2006 |
| Molinaro, James P | Staten Island Boro President | 09/21/2006 |
| Monserrate, Hiram | City Council District 21 | 03/03/2009 |
| Montague, Virginia M | City Council District 09 | 10/22/2007 |
| Moore, Ron | Comptroller | 08/25/2006 |
| Moskowitz, Eva S | Manhattan Boro President | 09/14/2007 |
| Muhammad, Naquan A | City Council District 41 | 09/19/2006 |
| Murphy, Patrick | City Council District 04 | 09/13/2007 |
| Narine, Dhanpaul | City Council District 28 | 01/14/2009 |
| Nath, Dilip | City Council District 24 | 11/22/2006 |
| Nelson, Michael C | City Council District 48 | 06/01/2007 |
| Nocerino, Joseph R | City Council District 29 | 05/26/2006 |
| Oddo, James S | City Council District 50 | 10/06/2006 |
| Ognibene, Thomas V | Mayor | 08/08/2006 |
| Palma, Annabel | City Council District 18 | 06/25/2007 |
| Papajohn, Christopher J | City Council District 02 | 04/19/2007 |
| Perkins, Bill | Manhattan Boro President | 06/20/2007 |
| Petelka, Michael | City Council District 07 | 08/25/2006 |
| Piccolo, Arthur | Mayor | 08/25/2006 |
| Popik, Barry A | Manhattan Boro President | 09/26/2006 |
| Popkin, Gary S | Brooklyn Boro President | 09/26/2006 |
| Pu-Folkes, Bryan R | City Council District 25 | 01/29/2008 |
| Quart, Dan | City Council District 05 | 07/25/2008 |
| Quinn, Christine C | City Council District 03 | 10/16/2006 |
| Rahman, Masud M | City Council District 25 | 06/27/2008 |
| Rasiej, Andrew C | Public Advocate | 07/14/2006 |
| Recchia, Domenic | City Council District 47 | 12/07/2007 |
| Reyna, Diana | City Council District 34 | 12/19/2006 |
| Rivera, George | City Council District 34 | 10/23/2007 |
| Rivera, Joel | City Council District 15 | 01/12/2009 |
| Rodriguez, Edward | City Council District 38 | 09/21/2006 |

Cited in Brodsky v. Carter 15 CV 3469 Decided 12/15/15
Archived on 12/18/15
This document is protected by copyright. Further reproduction is prohibited without permission.

| | | |
|---|---|---|
| Rosario, Antonio | City Council District 14 | 11/29/2007 |
| Roth, Michael | City Council District 48 | 12/16/2008 |
| Rubin, George E | City Council District 12 | 08/25/2006 |
| Ruiz, John | City Council District 08 | 08/17/2006 |
| Ruks, Thomas | City Council District 22 | 08/25/2006 |
| Russo, Pasqualino | City Council District 43 | 02/05/2008 |
| Samad, Maryam A | City Council District 41 | 09/21/2006 |
| Sanders, Jr., James J | City Council District 31 | 07/26/2007 |
| Schlanger, Craig | City Council District 51 | 04/19/2007 |
| Seabrook, Larry B | City Council District 12 | 10/29/2007 |
| Sears, Helen | City Council District 25 | 11/30/2006 |
| Sementilli, Egidio J | City Council District 13 | 09/21/2006 |
| Sica, Philip T | Queens Boro President | 04/19/2007 |
| Siegel, Norman H | Public Advocate | 05/16/2006 |
| Silk, Audrey | Mayor | 08/08/2006 |
| Sklar, Robyn L | City Council District 26 | 03/08/2007 |
| Spitz, George N | City Council District 05 | 04/11/2006 |
| Stern, Steven M | City Council District 15 | 08/25/2006 |
| Stewart, Kendall B | City Council District 45 | 09/13/2007 |
| Stringer, Scott M | Manhattan Boro President | 06/01/2009 |
| Taitt, Samuel A | City Council District 45 | 04/16/2008 |
| Tapper, Marlene J | City Council District 21 | 08/22/2006 |
| Taylor, Richard | City Council District 36 | 08/25/2006 |
| Thompson, Jr., William C | Comptroller | 04/18/2007 |
| Trainer, Richard | City Council District 34 | 08/25/2006 |
| Tsabar, Gur J | City Council District 02 | 08/16/2006 |
| Vacca, James | City Council District 13 | 05/25/2007 |
| Vallone, Jr., Peter F | City Council District 22 | 02/15/2007 |
| Vann, Albert | City Council District 36 | 06/20/2007 |
| Vargas, Ruben Dario | City Council District 10 | 08/25/2006 |
| Vazquez-Hernandez, Viviana | City Council District 38 | 09/17/2007 |
| Velazquez Bennett, Yvette | City Council District 39 | 10/30/2006 |
| Weiner, Anthony D | Mayor | 08/14/2007 |
| Weir, Elias J | City Council District 46 | 08/25/2006 |

Cited in Brodsky v Carter 15CV3469 Decided 12/15/15 Archived on 12/18/15 This document is protected by copyright. Further reproduction is prohibited without permission.

| | | |
|---|---|---|
| Weprin, David I | City Council District 23 | 09/14/2007 |
| White, Jr., Thomas | City Council District 28 | 12/28/2007 |
| Whitehead, John C | City Council District 42 | 05/15/2007 |
| Wright, Keith | Manhattan Boro President | 08/21/2006 |
| Yablon, Joshua | City Council District 06 | 03/09/2007 |
| Yassky, David | City Council District 33 | 06/28/2007 |
| Zinberg, Joel M | City Council District 05 | 11/07/2007 |
| Total: | 207 | |

*Final audits may contain references to final Board determinations regarding findings of violations of the Campaign Finance Act and the assessment of penalties. Copies of these final Board determinations are available upon request at 212-306-7100 or info@nyccfb.info.

Cited in Brodsky v Carter 15CV3469 Decided 12/15/15 Archived on 12/18/15 This document is protected by copyright. Further reproduction is prohibited without permission.